## 𝔚𝔶𝔱𝔥𝔢𝔳𝔦𝔩𝔩𝔢.

## THE PLANTERS BANK OF FARMVILLE V. COUNTY OF PRINCE EDWARD.

### June 13, 1918.

#### Absent, Burks, J.

1. TAXATION — *Municipal Corporations* — *County Road Tax.*—An owner of property, whose place of business and all its property is located within the limits of a municipal corporation, which maintains its own streets, and which by charter provision was constituted a separate road district, and persons and property therein relieved from payment of taxes and levies for county road purposes, provided it kept its own streets in order, is exempted from a county road tax on his property within the municipality.

Error to a judgment of the Circuit Court of Prince Edward county, affirming on appeal an order of the board of supervisors of Prince Edward county imposing a tax upon the property of the plaintiff in error.

*Reversed.*

The opinion states the case.

*E. Warren Wall,* for the plaintiff in error.

*A. D. Watkins,* for the defendant in error.

WHITTLE, P., delivered the opinion of the court.

This writ of error is to the judgment of the Circuit Court of Prince Edward county, affirming on appeal an order of the board of supervisors imposing a tax of twenty cents

28

on the $100 upon the property of the plaintiff in error for county road purposes.

It appears that petitioner's place of business and all its property is located within the limits of the town of Farmville, a municipal corporation which maintains its own streets; and by charter provision (act of the General Assembly approved February 10, 1890, c. 196) the town was constituted a separate road district, and persons and property therein relieved from payment of taxes and levies for county road purposes, provided it kept its own streets in order. This law was in force when the tax complained of was levied by the board of supervisors, and the town was complying with the requirement that it should maintain its own streets. By the terms of Code, 1904, sec. 944-a, cl, 11, (as amended by Acts 1915, ch. 86), the property within the town was exempted from the tax in question. The case is ruled by *Watkins* v. *Barrow,* 121 Va. 236, 92 S. E. 908, and *Barrow* v. *Prince Edward County,* 121 Va. 1, 92 S. E. 910, where the contentions here made were resolved adversely to defendant in error.

*Reversed.*